# UNITED STATES DISTRICT COURT

# DISTRICT OF HAWAII

| | |
|---|---|
| HONOLULUTRAFFIC.COM; CLIFF SLATER; BENJAMIN CAYETANO; WALTER HEEN; HAWAII'S THOUSAND FRIENDS; THE SMALL BUSINESS HAWAII ENTREPRENEURIAL EDUCATION FOUNDATION; RANDALL W. ROTH; DR. MICHAEL UECHI; and THE OUTDOOR CIRCLE,<br><br>    Plaintiffs,<br><br>vs.<br><br>FEDERAL TRANSIT ADMINISTRATION; LESLIE ROGERS, in his official capacity as Federal Transit Administration Regional Administrator; PETER M. ROGOFF, in his official capacity as Federal Transit Administration Administrator; UNITED STATES DEPARTMENT OF TRANSPORTATION; ANTHONY FOXX, in his official capacity as Secretary of Transportation; THE CITY AND COUNTY OF HONOLULU; and MICHAEL FORMBY, in his official capacity as Director of the City and County of Honolulu Department of Transportation Services,<br><br>    Defendants, | CV No. 11-0307 AWT<br><br>**CORRECTIVE ORDER** |

| | |
|---|---|
| 1 | FAITH ACTION FOR COMMUNITY EQUITY; PACIFIC RESOURCE PARTNERSHIP; and MELVIN UESATO, |
| 2 | |
| 3 | Intervenors - Defendants. |

The Order on Objection to Notice of Compliance is corrected by substituting <(comparing the "long" Project to the "long" Tunnel Alternative)> for <(alternative (1) comparing the Project to the "long" tunnel Alternative)> on page 8, lines 23-24.

Dated: February 18, 2014.

/s/ *A. Wallace Tashima*
United States Circuit Judge
Sitting by designation
